UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -1 PM 4: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| CROSS GATE SERVICES, INC., | CASE NO: 2:04cv2644-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Decree entered on November 30, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/1/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-5-05

(13)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02644 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Luther Wright
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Pamela B. Dixon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Lousiana
Ste. 200
Little Rock, AR 72201

William A. Cash
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Louisiana
Ste. 200
Little Rock, AR 72201

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT